UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG CORTES,

        Plaintiff,

   v.

MASS. ELECTRIC CONSTRUCTION CO.,

        Defendant.

Case No. 25-cv-03498-JSC

**PRETRIAL ORDER NO. 1**

As discussed at the February 4, 2026, case management conference, the Court orders:

1. <u>Deadlines for Defendant's motion for summary judgment on the cba carve out:</u>

- Motion:          March 5, 2026

- Opposition:    April 16, 2026

- Reply:          May 14, 2026

- Hearing:      June 18, 2026 at 10:00 a.m.

The Court expects the parties will engage in any necessary discovery while the motion is being briefed.

2. <u>Deadlines for Motion for Class Certification:</u>

- Motion:          February 8, 2027

- Opposition:    March 22, 2027

- Reply:          April 19, 2027

3. <u>Fact Discovery Cut-off</u>:

November 23, 2027

4. Discovery shall focus on what is necessary for the summary judgment motion, which will largely overlap with the class certification motion. But no class-wide

discovery is permitted until further order of the Court.

**IT IS SO ORDERED.**

Dated: February 5, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California